**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bobby STARR, Defendant–Appellant.**

No. 03–7010.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 24, 2003.

Bobby Starr, Appellant Pro Se. Miller Allison Bushong, III, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bobby Starr appeals the district court's order denying his motion to amend his presentence investigation report to reflect that he recently obtained his general equivalency diploma (GED). We have re-

viewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Starr*, No. CR–00–113 (S.D.W. Va. June 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*